**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6341**

———————

WILLIAM M. BAILEY,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, District Judge. (CA-
94-3620-WMN)

———————

Submitted:  August 22, 1996        Decided:  September 10, 1996

———————

Before RUSSELL, HALL, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William M. Bailey, Appellant Pro Se.  Ann Norman Bossee, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bailey v. Corcoran</u>, No. CA-94-3620-WMN (D. Md. Feb. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

<u>AFFIRMED</u>

2